*Zaleski,* for appellant; *Albert Momjian,* and *Abrahams & Loewenstein,* for appellee.

Order affirmed.

## Milani *v.* Milani, Appellant.

Argued December 10, 1970. *Roger Mattes,* with him *Karl H. Strohl,* and *Laster, Strohl, Kane & Mattes,* for appellant; *James A. Kelly,* with him *Irving L. Epstein,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Milani, Appellant, *v.* Milani.

Argued December 10, 1970. *Roger Mattes,* with him *Karl H. Strohl,* and *Laster, Strohl, Kane & Mattes,* for appellant; *James A. Kelly,* with him *Irving L. Epstein,* for appellee.

Decree affirmed.

## Miller, Appellant, *v.* Chester County Board of Revision of Taxes.

Argued December 9, 1970. *A. Bruce Niccolo,* with him *Moorshead & Niccolo,* for ap-